# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>USTREAM, INC.,<br><br>            Defendant. | CASE NO. 6:15-CV-230 RWS-JDL<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Ustream, Inc.'s Joint Motion to Dismiss.  The Court, having reviewed the motion, and being well-advised, finds that the motion should be and is GRANTED.  It is therefore

ORDERED that all claims asserted against Ustream, Inc. in the above-captioned action are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED this 14th day of October, 2015.**

                                                          _Robert W. Schroeder III_
                                                          ROBERT W. SCHROEDER III
                                                          UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL** – Solo Page